IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01032-WJM-KLM

KEITH HOYT, an individual,

    Plaintiff,

v.

U.S. BANCORP, INC., a Delaware corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Change Case Caption** [Docket No. 8; Filed May 22, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#8] is **GRANTED**. The Clerk of the Court shall amend the name of the defendant on the electronic docket from "U.S. Bancorp, Inc., a Delaware corporation" to "U.S. Bank N.A., a Delaware corporation." All future filings in this matter shall reflect this amendment of the case caption.

    Dated: June 3, 2013