IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01032-WJM-KLM

KEITH HOYT, an individual,

    Plaintiff,

v.

U.S. BANK N.A., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 21; Filed August 6, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#21-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: August 15, 2013